# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER ACCORNERO,<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:25-cv-01302-JLT-SAB<br><br>ORDER REGARDING STIPULATION TO EXTEND DISCOVERY AND TRIAL DATES<br><br>(ECF No. 13) |

Pending before the Court is the timely stipulation from the parties to modify the scheduling order. (ECF No. 13.) It appearing that the parties are diligently engaging in discovery, and good cause otherwise appearing, the Court approves the stipulation and ORDERS the following dates in the scheduling order are modified:

| | |
|---|---|
| Non-Expert Discovery Cut-Off: | March 19, 2027 |
| Expert Disclosure: | April 19, 2027 |
| Rebuttal Expert Disclosure: | May 18, 2027 |
| Expert Discovery Cut-Off: | June 29, 2027 |
| Dispositive Motion Deadline: | August 2, 2027 |

/ / /

/ / /

| | |
|---|---|
| Pre-Trial Conference: | January 18, 2028, at 1:30 PM |
| Trial Date: | March 7, 2028, at 8:30 AM |

The scheduling order otherwise remains controlling. (ECF No. 10.)

IT IS SO ORDERED.

Dated: **July 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge